**Michael Jermaine MOORE,**
**Plaintiff–Appellant,**

v.

**Robert A. DRYDEN, P.A.,**
**Defendant–Appellee,**

and

**Prince William County Jail Medical Department; Colonel Medletus; Doctor Dalkeng; Nurse Mohamed; Officer Simpson, Defendants.**

No. 14–7066.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2014.

Decided: Nov. 21, 2014.

Michael Jermaine Moore, Appellant Pro Se. John J. Brandt, Camille Elizabeth Shora, Wilson Elser Moskowitz Edelman & Dicker LLP, McLean, Virginia, for Appellee.

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Jermaine Moore appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See. Moore v. Prince William Cnty. Med. Dep't,* No. 1:12–cv–00760–CMH–TCB (E.D.Va. July 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*